**Order entered November 10, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00896-CV

## IN THE MATTER OF J.L.R., A MINOR

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-35928-W**

### ORDER

Before the Court is appellant's letter filed November 8, 2022 requesting a copy of the clerk's record. We construe the letter as a motion. We **GRANT** the motion and **DIRECT** the Clerk of this Court to send a paper copy of the clerk's and supplemental clerk's records to appellant.

On the Court's own motion, we extend the deadline for appellant's brief to **December 16, 2022**.

/s/    KEN MOLBERG
       JUSTICE